Argued and submitted March 13, affirmed as modified April 10, 1985

In the Matter of the Custody of
Monica House and Mikolle House, Minor Children.

REID,
*Appellant,*
*and*

HOUSE,
*Respondent.*

(131,299; CA A32509)

697 P2d 576

Kathleen A. Evans, Salem, argued the cause for appellant. With her on the brief was Crothers, Crandall & Evans, Salem.

Clayton C. Patrick, Salem, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

On *de novo* review, the trial court's modification of decree dated June 12, 1984, is modified by deleting the paragraph numbered "3" on the third page, thereby eliminating any child support obligation on the part of petitioner. In all other aspects, the modification of decree is affirmed.

Trial court modification of decree modified to eliminate petitioner's child support obligation; affirmed as modified.